BL9122269

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

IN RE: KIMBERLY A WARNER : Chapter: 13
SHAWN E WARNER :
:
:
: CASE NO: 12-23375
:

### NOTICE OF ADDRESS CHANGE

eCast Settlement Corporation hereby changes its address for its claim number 18, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:
    3936 E FT. LOWELL, SUITE 200
    TUCSON, AZ 85712

New Address for Notices and Payments:
    eCast Settlement Corporation
    PO Box 28136
    New York, NY 10087-8136
    610-228-2570
    proofofclaim@becket-lee.com

Respectfully Submitted,

By:  Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

DATE: 7/25/2016

RECEIVED 2016 JUL 28 PM 12:10 CLERK US BANKRUPTCY COURT