## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 12-23375-CMB |
| | ) | |
| Shawn E. Warner | ) | Chapter 13 |
| Kimberly A. Warner, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing Date and Time:** |
| vs. | ) | December 21, 2016 at 11:00 a.m. |
| | ) | |
| No Respondent. | ) | |

### AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
### IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Shawn E. Warner and Kimberly A. Warner.

2. This is an interim application for the period July 16, 2014 through October 24, 2016.

3. Previous retainer paid to Applicant: $1,200.00

4. Previous interim compensation allowed to Applicant: $5,094.50

5. Applicant requests additional:
   Compensation of $3,476.00
   Reimbursement of Expenses of $214.65

6. A hearing on the Application will be held in Courtroom B, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Carlota M. Bohm, on December 21, 2016 at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before November 10, 2016, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: October 26, 2016            s/Brian C. Thompson
                                   Brian C. Thompson, Esquire
                                   PA ID No. 91197
                                   THOMPSON LAW GROUP, P.C.
                                   125 Warrendale-Bayne Road, Suite 200
                                   Warrendale, PA 15086
                                   (724) 799-8404
                                   bthompson@thompsonattorney.com