**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/22/2017

IN RE:

SHAWN E. WARNER
KIMBERLY A. WARNER
25 CHRIS COURT
PITTSBURGH,  PA  15239
XXX-XX-6841           Debtor(s)

XXX-XX-5988

Case No.12-23375 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/22/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Details |
|---|---|---|
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM:  370.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7004 |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSO**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  93.57<br>COMMENT:  JCPENNEY*FR GECRB*DOC 31*FR PORTFL INVSTMNTS*DOC 35 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5867 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*1079.96 x (60 + 2)=LMT*THRU 7/12*FR BO= OF A-DOC 54*LMP PENDING | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8389 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>OH4-7133<br>COLUMBUS, OH  43219 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CONF*260.45/NOTE*DKT4PMT-LMT*FR METLIFE-DOC 50 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  4867 |
| **NAPUS FCU**<br>PO BOX 148<br>ALEXANDRIA, VA  22313 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  PMT/PL-NOTE*185.12 X (60+2)=LMT*2ND/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0773 |
| **NAPUS FCU**<br>PO BOX 148<br>ALEXANDRIA, VA  22313 | Trustee Claim Number:6  INT %: 4.50%<br>Court Claim Number:9<br>CLAIM:  5,811.94<br>COMMENT:  $/PL-CL@4.5%@K/PL*PMT+%/CONF OE*4.75%/FACE | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0773 |
| **PLUM BORO SD & PLUM BOROUGH (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA  15642 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  653.00<br>COMMENT:  $@0%/PL*CURR CLLTR/AMD SCH*13/AMD SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6841:13 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  8,170.46<br>COMMENT: 8983/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1000 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  3,638.85<br>COMMENT:  B OF A/SCH*FR FIA CARD SVCS-DOC 46 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7328 |
| **CBCS++**<br>POB 69<br>COLUMBUS, OH  43216 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH~WEST PENN HSPTL/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  24005896113 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **MAIN STREET ACQUISITIONS CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:16-2<br>CLAIM:  0.00<br>COMMENT:  CHASE BNK USA*AMD*C:8858.17 W/DRWN~DOC 57 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4610 |
| **MAIN STREET ACQUISITIONS CORP**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:17-2<br>CLAIM:  0.00<br>COMMENT:  CHASE BNK USA*AMD*C:1391.64 W/DRWN~DOC 58 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0063 |
| **CVS CORPORATION++**<br>POB 9031<br>ANDOVER, MA  01810-0931 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2457468901 |
| **CVS CORPORATION++**<br>POB 9031<br>ANDOVER, MA  01810-0931 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2797756201 |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  4,992.47<br>COMMENT:  WAS NUM 601100271006 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9097 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  6,666.35<br>COMMENT:  FR ELAN FNCL SVCS*AMD DOC 44*DK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8977 |
| **FORBES REGIONAL HOSPITAL**<br>C/O CRESCENT ACCEPTANCE CORP++<br>P.O. BOX 241<br>CARNEGIE, PA  15106 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  700032330339 |
| **FORBES REGIONAL HOSPITAL**<br>C/O CRESCENT ACCEPTANCE CORP++<br>P.O. BOX 241<br>CARNEGIE, PA  15106 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  700032291317 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  1,475.54<br>COMMENT:  CITIBANK~HOME DEPOT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5363 |
| **ECAST SETTLEMENT CORP****<br>PO BOX 28136<br>NEW YORK, NY  10087-8136 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM:  665.95<br>COMMENT:  $/PL-CL@0%MDF/PL*HSBC/SCH*BEST BUY*FR CAP ONE*DOC 71 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  3331 |

| Creditor | Claim Info | Details |
|---|---|---|
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 414.11<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5974 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 2,401.58<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8851 |
| **NAPUS FCU**<br>PO BOX 148<br>ALEXANDRIA, VA 22313 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 22,580.05<br>COMMENT: LOAN 01 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0773 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH~UPMC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 58048368 |
| **OMEGA FEDERAL CREDIT UNION**<br>206 SIEBERT ROAD<br>PITTSBURGH, PA 15237-3786 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 208141800 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN: BANKRUPTCY DEPARTMENT<br>225 NORTH SHORE DRIVE STE 300<br>PITTSBURGH, PA 15212 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 20000858064 |
| **PLUM BORO MUNICIPAL AUTH**<br>4555 NEW TEXAS RD<br>PITTSBURGH, PA 15239 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4759001105533 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 4,291.78<br>COMMENT: FR PNC BANK\*DOC 29\*FR NTL CPTL MGT\*DOC 48 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9678 |
| **PREMIER MEDICAL ASSOC**<br>POB 643773<br>PITTSBURGH, PA 15264 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 392965 |
| **QUEST DIAGNOSTICS++**<br>PO BOX 71303<br>PHILADELPHIA, PA 19176-1303 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1013411503 |

| Creditor | Trustee/Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8078 | CLAIM: 1,254.06<br>COMMENT: CITIBANK~SEARS |
| **TAKE CARE HEALTH CENTER++**<br>161 WASHINGTON ST<br>8 LOWER BRIDGE STE 1400<br>CONSHOHOCKEN, PA 19428 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4526823 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3316 | CLAIM: 1,621.11<br>COMMENT: GANDER MOUNTIAN |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>OH4-7133<br>COLUMBUS, OH 43219 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:6 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4867 | CLAIM: 150.00<br>COMMENT: $/PL-CL*DK*FR METLIFE-DOC 50 |
| **NAPUS FCU**<br>PO BOX 148<br>ALEXANDRIA, VA 22313 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:8 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0773 | CLAIM: 341.84<br>COMMENT: $/PL-CL*2ND/SCH |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8389 | CLAIM: 103.79<br>COMMENT: $/PL-CL*THRU 6/12*FR B OF A-DOC 54*LMP PENDING~SEE CID41 |
| **EQUITABLE GAS CO (*)**<br>225 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1353283-291309 | CLAIM: 2,182.08<br>COMMENT: CLOSED OFF PER JSP*PMT/DOE-PL*BGN TT 5/14 DISTRIB |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA 92619-7071 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2011 HYUNDAI SONATA | CLAIM: 0.00<br>COMMENT: PMT/PL-K*BGN 3/15*348.79 X (28+2)=LMT |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8389 | CLAIM: 0.00<br>COMMENT: PMT/TRIAL LOAN MOD*BGN 7/16*W/3 |

| CLAIM RECORDS | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.:  0259 |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BANK OF AMERICA/PRAE | |