**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br>   SHAWN E. WARNER <br>   KIMBERLY A. WARNER <br>         Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>     Movant <br>       vs. <br>   SHAWN E. WARNER <br>   KIMBERLY A. WARNER <br><br>     Respondents | Case No.12-23375CMB <br><br> Chapter 13 <br><br> Document No.    144 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this     6th     day of     July    , 20 17, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Postal Svc-Authorized Agent
Acctg Svc Ctr - Idu*
2825 Lone Oak Pkwy
Eagan, MN 55121

is hereby ordered to immediately terminate the attachment of the wages of SHAWN E. WARNER, social security number XXX-XX-6841. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SHAWN E. WARNER.

BY THE COURT:

_Carlota M. Böhm_  dmr
UNITED STATES BANKRUPTCY JUDGE

FILED
7/6/17 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Shawn E. Warner
Kimberly A. Warner
    Debtors

Case No. 12-23375-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jul 06, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db/jdb        +Shawn E. Warner,    Kimberly A. Warner,    25 Chris Court,    Pittsburgh, PA 15239-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                         TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brian C. Thompson    on behalf of Debtor Shawn E. Warner bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com
         Brian C. Thompson    on behalf of Joint Debtor Kimberly A. Warner bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@thompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.courtdrive.com
         Gregory Javardian    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
         Gregory Javardian    on behalf of Creditor    MetLife Home Loans greg@javardianlaw.com, mary@javardianlaw.com;tami@javardianlaw.com
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association pawb@fedphe.com, joseph.schalk@phelanhallinan.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                        TOTAL: 11