**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Shawn E. Warner
Kimberly A. Warner**
  Debtor(s)

Bankruptcy Case No.: 12−23375−CMB

Chapter: 13
Docket No.: 150 − 149

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this 28th day of August, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/12/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **10/25/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/12/17.**

                                                               Carlota M. Bohm
                                                               United States Bankruptcy Judge

  cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23375-CMB
Shawn E. Warner                                                           Chapter 13
Kimberly A. Warner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3           Date Rcvd: Aug 28, 2017
                              Form ID: 408            Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db/jdb         +Shawn E. Warner,   Kimberly A. Warner,   25 Chris Court,   Pittsburgh, PA 15239-1107
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,   Chase Records Center - Attn: Corresponde,
                 Mail Code LA4-5555 - 700 Kansas Lane,   Monroe, LA 71203
cr              Main Street Acquisition Corp assignee of CHASE BAN,   c/o Becket and Lee, LLP,   POB 3001,
                 Malvern, PA 19355-0701
cr             ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13413975        American Express,   PO Box 1270,   Newark, NJ 07101-1270
13440105        American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13413976       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 15019,   Wilmington, DE 19886)
13479087        Bank of America, N.A.,   Bankruptcy Department,   P.O. Box 660933,   Dallas, TX 75266-0933
13413977       +CBCS,   PO Box 164059,   Columbus, OH 43216-4059
13413985       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,   Processing Center,
                 Des Moines, IA 50364-0500)
13413980       +CVS Caremark,   PO Box 659539,   San Antonio, TX 78265-9539
13507091        Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13413978        Chase,   PO Box 43224,   Columbus, OH 43224-0696
13413984       +Forbes Regional,   PO Box 73542,   Cleveland, OH 44193-0002
13413986        HSBC Retail Services,   PO Box 17264,   Baltimore, MD 21297-1264
13593065       +JPMorgan Chase Bank, N.A.,   3415 Vision Drive, Attn: OH4-7302,   Columbus, OH 43219-6009
13531773        Main Street Acquisition Corp., assignee,   of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13436665       +MetLife Home Loans,   1555 West Walnut Hill Lane,,   Suite 200,   Irving, TX 75038-3702
13413989       +MetLife Home Loans,   4000 Horizon Way,   Irving, TX 75063-2260
13413992       +Omega Federal Credit Union,   206 Siebert Road,   Pittsburgh, PA 15237-3700
13415791       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13413996       +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13413993       +Peoples Natural Gas,   PO Box 26784,   Richmond, VA 23261-6784
13413994       +Plum Borough Earned Income Tax,   4555 New Texas Road,   Pittsburgh, PA 15239-1199
13413995       +Plum Borough Municipal Authority,   4555 New Texas Road,   Pittsburgh, PA 15239-1195
13413997       +Premier Medical Associates,   PO Box 643773,   Pittsburgh, PA 15264-3773
13413998       +Quest Diagnostics,   PO Box 64378,   Baltimore, MD 21264-4378
13413999        Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
13414000       +Take Care Health,   1741 Washington Road,   Pittsburgh, PA 15241-1201
13427713       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: ELAN FINANCIAL SERVICES,   BANKRUPTCY DEPARTMENT,   P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
13414003       +WFNNB/Gander Mountain,   PO Box 182782,   Columbus, OH 43218-2782
13414002       +West Penn Hospital,   PO Box 931071,   Cleveland, OH 44193-0004
13853371        eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:01     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:31:21
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:39:56
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:29:39
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:01     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
14080707       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 29 2017 01:24:12
                 CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071
13533748       +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:01     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13413979       +E-mail/Text: cwade@creditmanagementcompany.com Aug 29 2017 01:24:25
                 Credit Management Company,   2121 Noblestown Road,   PO Box 16346,   Pittsburgh, PA 15242-0346
13422125        E-mail/Text: mrdiscen@discover.com Aug 29 2017 01:23:03     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13413981       +E-mail/Text: mrdiscen@discover.com Aug 29 2017 01:23:03     Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
13413982       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:50     Duquesne Light Company,
                 411 Seventh Avenue,   Pittsburgh, PA 15219-1942
13501322       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:50     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908

```
District/off: 0315-2          User: dric                   Page 2 of 3                    Date Rcvd: Aug 28, 2017
                              Form ID: 408                 Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13429025          E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:08      GE Capital Retail Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13413987         +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:08      JC Penney,    PO Box 981131,
                   El Paso, TX 79998-1131
13413988          E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2017 01:23:12        Kohl's,    PO Box 2983,
                   Milwaukee, WI 53201-2983
13580971          E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:31:00       LVNV Funding LLC,
                   c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537831          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:31:21       Midland Funding LLC,
                   by American InfoSource LP as agent,     PO Box 4457,    Houston, TX 77210-4457
13413990         +E-mail/Text: evanb@signaturefcu.org Aug 29 2017 01:24:13      NAPUS FCU,    P.O. Box 148,
                   Alexandria VA 22313-0148
13413991         +E-mail/Text: bankruptcydepartment@tsico.com Aug 29 2017 01:24:38       NCO Financial,
                   PO Box 15740,    Wilmington, DE 19850-5740
13518654         +E-mail/Text: bknotice@ncmllc.com Aug 29 2017 01:24:08      National Capital Management, LLC.,
                   8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13584550          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:31:18
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13534821          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:49:04
                   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13529454          E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:13      Portfolio Investments II LLC,
                   c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,
                   Miami, FL 33131-1605
13559738         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:30:36
                   Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
13489746          E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 01:23:32
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13419282          E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:13
                   Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13414001         +E-mail/Text: BankruptcyNotice@upmc.edu Aug 29 2017 01:24:34       UPMC,
                   1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2212
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Bank Of America, N.A., Successor By Merger To Bac
cr               JPMorgan Chase Bank, National Association
cr               MetLife Home Loans
cr*              LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                   Greenville, SC 29603-0587
cr*             +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                   MEMPHIS, TN 38125-1741
cr*             +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
13431578*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                   Wilmington, DE 19886-5102)
13507092*        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13531774*        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                   POB 3001,    Malvern, PA 19355-0701
13653245*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                   Lewisville, TX 75067)
13413983*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
                                                                                               TOTALS: 4, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dric                  Page 3 of 3                   Date Rcvd: Aug 28, 2017
                               Form ID: 408                Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor     BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson     on behalf of Joint Debtor Kimberly A. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Brian C. Thompson     on behalf of Debtor Shawn E. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Gregory   Javardian     on behalf of Creditor    MetLife Home Loans greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory   Javardian     on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James   Warmbrodt     on behalf of Creditor     BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joseph P. Schalk     on behalf of Creditor     JPMorgan Chase Bank, National Association
               pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor     Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```