**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHAWN E. WARNER<br>KIMBERLY A. WARNER<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>            vs.<br>No Repondents. | Case No.:12-23375<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/29/2012 and confirmed on 10/9/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 138,872.89 |
| Less Refunds to Debtor | 2,816.52 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,056.37 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,585.15 | |
|    Trustee Fee | 5,107.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,692.83 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 65,877.56 | 0.00 | 65,877.56 |
|     Acct: 8389 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 23,294.82 | 0.00 | 23,294.82 |
|     Acct: 4867 | | | | |
|   NAPUS FCU | 0.00 | 11,292.32 | 0.00 | 11,292.32 |
|     Acct: 0773 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8389 | | | | |
|   JPMORGAN CHASE BANK NA | 150.00 | 150.00 | 0.00 | 150.00 |
|     Acct: 4867 | | | | |
|   NAPUS FCU | 341.84 | 341.84 | 0.00 | 341.84 |
|     Acct: 0773 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 103.79 | 103.79 | 0.00 | 103.79 |
|     Acct: 8389 | | | | |
|   ECAST SETTLEMENT CORP** | 665.95 | 665.95 | 0.00 | 665.95 |
|     Acct: 3331 | | | | |
|   NAPUS FCU | 5,811.94 | 5,811.94 | 342.74 | 6,154.68 |
|     Acct: 0773 | | | | |
|   CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 10,114.91 | 0.00 | 10,114.91 |
|     Acct: XXXXXXXXXXXXXXNATA | | | | |
| | | | | 117,995.87 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN E. WARNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN E. WARNER | 1,205.08 | 1,205.08 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN E. WARNER | 1,611.44 | 1,611.44 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 1,394.50 | 1,394.50 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX5-14 | | | | |
| THOMPSON LAW GROUP PC | 3,690.65 | 3,690.65 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX4-16 | | | | |
| PLUM BORO SD & PLUM BOROUGH (EIT) | 653.00 | 653.00 | 0.00 | 653.00 |
| Acct: XXX1:13 | | | | |
| EQUITABLE GAS CO (*) | 2,182.08 | 2,182.08 | 0.00 | 2,182.08 |
| Acct: XXXXXXXXXX1309 | | | | |
| | | | | 2,835.08 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 370.17 | 16.17 | 0.00 | 16.17 |
| Acct: 7004 | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 93.57 | 4.09 | 0.00 | 4.09 |
| Acct: 5867 | | | | |
| AMERICAN EXPRESS BANK FSB | 8,170.46 | 356.95 | 0.00 | 356.95 |
| Acct: 1000 | | | | |
| LVNV FUNDING LLC | 3,638.85 | 158.97 | 0.00 | 158.97 |
| Acct: 7328 | | | | |
| CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX6113 | | | | |
| MAIN STREET ACQUISITIONS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4610 | | | | |
| MAIN STREET ACQUISITIONS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0063 | | | | |
| CVS CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX8901 | | | | |
| CVS CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX6201 | | | | |
| DISCOVER BANK(*) | 4,992.47 | 218.11 | 0.00 | 218.11 |
| Acct: 9097 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,666.35 | 291.23 | 0.00 | 291.23 |
| Acct: 8977 | | | | |
| FORBES REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX0339 | | | | |
| FORBES REGIONAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1317 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,475.54 | 64.47 | 0.00 | 64.47 |
| Acct: 5363 | | | | |
| CAPITAL ONE NA** | 414.11 | 18.09 | 0.00 | 18.09 |
| Acct: 5974 | | | | |
| CAPITAL ONE NA** | 2,401.58 | 104.92 | 0.00 | 104.92 |
| Acct: 8851 | | | | |
| NAPUS FCU | 22,580.05 | 986.47 | 0.00 | 986.47 |
| Acct: 0773 | | | | |
| NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX8368 | | | | |
| OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1800 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX8064 | | | | |
| PLUM BORO MUNICIPAL AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX5533 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,291.78 | 187.50 | 0.00 | 187.50 |
| Acct: 9678 | | | | |
| PREMIER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX2965 | | | | |
| QUEST DIAGNOSTICS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX1503 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,254.06 | 54.79 | 0.00 | 54.79 |
| Acct: 8078 | | | | |

12-23375 Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| TAKE CARE HEALTH CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6823 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,621.11 | 70.83 | 0.00 | 70.83 |
| Acct: 3316 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0259 | | | | |
| | | | | 2,532.59 |

TOTAL PAID TO CREDITORS                                                                 123,363.54

TOTAL
CLAIMED       2,835.08
PRIORITY      7,073.52
SECURED      57,970.10


Date: 08/25/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  SHAWN E. WARNER<br>  KIMBERLY A. WARNER<br>        Debtor(s)<br><br>  Ronda J. Winnecour<br>        Movant<br>            vs.<br>  No Repondents. | Case No.:12-23375<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                    BY THE COURT:

                                                                    _____
                                                                    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-23375-CMB
Shawn E. Warner                                                     Chapter 13
Kimberly A. Warner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 3         Date Rcvd: Aug 28, 2017
                              Form ID: pdf900        Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
```
db/jdb         +Shawn E. Warner,    Kimberly A. Warner,    25 Chris Court,    Pittsburgh, PA 15239-1107
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,    Chase Records Center - Attn: Corresponde,
                 Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA  71203
cr              Main Street Acquisition Corp assignee of CHASE BAN,    c/o Becket and Lee, LLP,    POB 3001,
                 Malvern, PA  19355-0701
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
13413975        American Express,    PO Box 1270,    Newark, NJ 07101-1270
13440105        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13413976       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
13479087        Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 660933,    Dallas, TX 75266-0933
13413977       +CBCS,   PO Box 164059,    Columbus, OH 43216-4059
13413985       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot Credit Services,    Processing Center,
                 Des Moines, IA 50364-0500)
13413980       +CVS Caremark,    PO Box 659539,    San Antonio, TX 78265-9539
13507091        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13413978        Chase,   PO Box 43224,    Columbus, OH 43224-0696
13413984       +Forbes Regional,    PO Box 73542,    Cleveland, OH 44193-0002
13413986        HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
13593065       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, Attn: OH4-7302,    Columbus, OH 43219-6009
13531773        Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13436665       +MetLife Home Loans,    1555 West Walnut Hill Lane,,    Suite 200,    Irving, TX 75038-3702
13413989       +MetLife Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
13413992       +Omega Federal Credit Union,    206 Siebert Road,    Pittsburgh, PA 15237-3700
13415791       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13413996       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13413993       +Peoples Natural Gas,    PO Box 26784,    Richmond, VA 23261-6784
13413994       +Plum Borough Earned Income Tax,    4555 New Texas Road,    Pittsburgh, PA 15239-1199
13413995       +Plum Borough Municipal Authority,    4555 New Texas Road,    Pittsburgh, PA 15239-1195
13413997       +Premier Medical Associates,    PO Box 643773,    Pittsburgh, PA 15264-3773
13413998       +Quest Diagnostics,    PO Box 64378,    Baltimore, MD 21264-4378
13413999        Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13414000       +Take Care Health,    1741 Washington Road,    Pittsburgh, PA 15241-1201
13427713       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
13414003       +WFNNB/Gander Mountain,    PO Box 182782,    Columbus, OH 43218-2782
13414002       +West Penn Hospital,    PO Box 931071,    Cleveland, OH 44193-0004
13853371        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:01     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:05
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:40:00
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:12
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:00     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
14080707       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 29 2017 01:24:12
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13533748       +E-mail/Text: bnc@bass-associates.com Aug 29 2017 01:23:00     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13413979       +E-mail/Text: cwade@creditmanagementcompany.com Aug 29 2017 01:24:25
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13422125        E-mail/Text: mrdiscen@discover.com Aug 29 2017 01:23:03     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13413981        E-mail/Text: mrdiscen@discover.com Aug 29 2017 01:23:03     Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
13413982       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:48     Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13501322       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Aug 29 2017 01:24:48     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
```

```
District/off: 0315-2          User: dric                  Page 2 of 3                  Date Rcvd: Aug 28, 2017
                              Form ID: pdf900             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13429025        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:07      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13413987       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:46      JC Penney,    PO Box 981131,
                 El Paso, TX 79998-1131
13413988        E-mail/Text: bnckohlsnotices@becket-lee.com Aug 29 2017 01:23:10      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
13580971        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2017 01:29:47      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13537831        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:31:21      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
13413990       +E-mail/Text: evanb@signaturefcu.org Aug 29 2017 01:24:13      NAPUS FCU,    P.O. Box 148,
                 Alexandria VA 22313-0148
13413991       +E-mail/Text: bankruptcydepartment@tsico.com Aug 29 2017 01:24:37      NCO Financial,
                 PO Box 15740,    Wilmington, DE 19850-5740
13518654       +E-mail/Text: bknotice@ncmllc.com Aug 29 2017 01:24:08      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13584550        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:49:04
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk VA 23541
13534821        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:49:04
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13529454        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:12      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
13559738       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:31:19
                 Portfolio Recovery Assocs., LLC,    POB 41067,   Norfolk, VA 23541-1067
13489746        E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2017 01:23:30
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
13419282        E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2017 01:30:53
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13414001       +E-mail/Text: BankruptcyNotice@upmc.edu Aug 29 2017 01:24:34      UPMC,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2212
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A., Successor By Merger To Bac
cr              JPMorgan Chase Bank, National Association
cr              MetLife Home Loans
cr*             LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,   NORFOLK, VA 23541-1067
13431578*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13507092*       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
13531774*       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13653245*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13413983*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,    PO Box 108,    Saint Louis, MO 63166)
                                                                                        TOTALS: 4, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dric                  Page 3 of 3                  Date Rcvd: Aug 28, 2017
                               Form ID: pdf900             Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Kimberly A. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Brian C. Thompson    on behalf of Debtor Shawn E. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;nfulk1@t
               hompsonattorney.com;mhodge@thompsonattorney.com;ryandrlic@thompsonattorney.com;bthompson@ecf.cour
               tdrive.com
              Gregory Javardian     on behalf of Creditor   MetLife Home Loans greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian     on behalf of Creditor   Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt      on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joseph P. Schalk     on behalf of Creditor    JPMorgan Chase Bank, National Association
               pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```