IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Shawn E. Warner, | ) | Bankruptcy No. 12-23375-CMB |
| Kimberly A. Warner | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | |
| | ) | **Hearing Date and Time:** |
| vs. | ) | **October 25, 2017 at 10:00 a.m.** |
| | ) | |
| No Respondent. | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 3, 2012 at docket numbers 24 and 25 Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Debtors*:* Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: October 9, 2017        s/ Shawn E. Warner
                              Shawn E. Warner, Debtor
Dated: October 9, 2017        s/ Kimberly A. Warner
                              Kimberly A. Warner, Debtor

                              Respectfully submitted,

Dated: October 9, 2017        /s/Brian C. Thompson, Esquire
                              Brian C. Thompson
                              PA ID: 91197
                              Thompson Law Group, P.C.
                              125 Warrendale-Bayne Road, Suite 200
                              Warrendale, PA 15086
                              (724) 799-8404 Telephone
                              bthompson@thompsonattorney.com