**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | Shawn E. Warner, | : | Bankruptcy No. 12-23375-CMB |
| | Kimberly A. Warner, | : | |
| | | : | |
| | Debtors. | : | Chapter 13 |
| _____ | | : | |
| | | : | |
| | Shawn E. Warner, | : | Document No. |
| | Kimberly A. Warner, | : | |
| | | : | |
| | Movants, | : | Related to Doc. No.   154 |
| | | : | |
| | v. | : | |
| | | : | **Hearing date and time:** |
| | No Respondent. | : | November 29, 2017 at 11:00 a.m. |

<u>**CERTIFICATION OF NO OBJECTION REGARDING**</u>
<u>**MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT OF ALL POST-**</u>
<u>**PETITION PAYMENTS PURSUANT TO RULE 3002.1(b)**</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on September 21, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 10, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>October 12, 2017</u>

<u>s/Jill A. Gorzé</u>
Jill A. Gorzé, Paralegal
Pa. I.D. #91197
Thompson Law Group, P.C.
125 Warrendale Bayne Rd., Suite 200
Warrendale, PA  15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com