## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Shawn E. Warner, and,<br>  Kimberly A. Warner,<br><br>            Debtor,<br><br>Shawn E. Warner, and,<br>Kimberly A. Warner,<br><br>            Movant,<br><br>            vs.<br><br>NAPUS FCU,<br><br>            Respondent. | Bankruptcy No. 12-23375-CMB<br><br>Chapter 13<br><br>Document No. 154<br><br>**Hearing Date and Time:**<br>**November 29, 2017 at 11:00 A.M.**<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW upon consideration of Motion for Determination of Final Cure and Payment of All Post-Petition Payments Pursuant to Rule 3002.1(h), for the reasons stated in the Motion, or by default for Respondent's failure to respond, it is hereby ORDERED, ADJUDGED and DECREED as follows:

A. Debtors' mortgage loan is deemed cured so that it is current as of the date of this order, and any arrearage that NAPUS FCU may allege the Debtors owe as of the date of this order are deemed cured by completion of the plan and therefore canceled and discharged;

B. Any amounts for fees, charges, or expenses that NAPUS FCU may allege the Debtors owe as of the date of this order are deemed cured by completion of the plan and therefore canceled and discharged;

C. Any attempt to collect these discharged charges, fees, or expenses is deemed to be a willful violation of the discharge injunction and 11 U.S.C. § 524(i), and contempt of the orders of this Court;

D. Respondent is to pay Thompson Law Group attorney fees in the amount of $750.00 pursuant to Fed. R. Bankr. P. 3002.1(i) for the time and expense in bringing this proceeding as a result of the failure of NAPUS FCU to provide Debtors with the information required by Fed. R. Bankr. P. 3002.1(b), (c), or (g); and

E. Such other and further relief as is just and proper.

Date:    October 13, 2017

*signature*  
Carlotta M. Böhm  
United States Bankruptcy Judge

     *dmr*

FILED  
10/13/17 3:33 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA