**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Shawn E. Warner** | Social Security number or ITIN **xxx–xx–6841** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly A. Warner** | Social Security number or ITIN **xxx–xx–5988** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–23375–CMB**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn E. Warner                                      Kimberly A. Warner

10/18/17                                             **By the court:**    Carlota M. Bohm
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-23375-CMB
Shawn E. Warner                                                           Chapter 13
Kimberly A. Warner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr            Page 1 of 3           Date Rcvd: Oct 18, 2017
                              Form ID: 3180W        Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb         +Shawn E. Warner,    Kimberly A. Warner,    25 Chris Court,    Pittsburgh, PA 15239-1107
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,    Chase Records Center - Attn: Corresponde,
                 Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA 71203
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
13479087        Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 660933,    Dallas, TX 75266-0933
13413985      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,     Processing Center,
                 Des Moines, IA 50364-0500)
13413980       +CVS Caremark,    PO Box 659539,    San Antonio, TX 78265-9539
13413978        Chase,   PO Box 43224,    Columbus, OH 43224-0696
13413984       +Forbes Regional,    PO Box 73542,    Cleveland, OH 44193-0002
13593065       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, Attn: OH4-7302,    Columbus, OH 43219-6009
13436665       +MetLife Home Loans,    1555 West Walnut Hill Lane,,    Suite 200,    Irving, TX 75038-3702
13413989       +MetLife Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
13413992       +Omega Federal Credit Union,    206 Siebert Road,    Pittsburgh, PA 15237-3700
13415791       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13413996       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13413993       +Peoples Natural Gas,    PO Box 26784,    Richmond, VA 23261-6784
13413994       +Plum Borough Earned Income Tax,    4555 New Texas Road,    Pittsburgh, PA 15239-1199
13413995       +Plum Borough Municipal Authority,    4555 New Texas Road,    Pittsburgh, PA 15239-1195
13413997       +Premier Medical Associates,    PO Box 643773,    Pittsburgh, PA 15264-3773
13413998       +Quest Diagnostics,    PO Box 64378,    Baltimore, MD 21264-4378
13414000       +Take Care Health,    1741 Washington Road,    Pittsburgh, PA 15241-1201
13414002       +West Penn Hospital,    PO Box 931071,    Cleveland, OH 44193-0004
13853371        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2017 01:17:17      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: BASSASSOC.COM Oct 19 2017 01:08:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              EDI: BL-BECKET.COM Oct 19 2017 01:08:00      Main Street Acquisition Corp assignee of CHASE BAN,
                 c/o Becket and Lee, LLP,    POB 3001,    Malvern, PA 19355-0701
cr              EDI: AIS.COM Oct 19 2017 01:08:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,    Houston, TX 77210-4457
cr             +EDI: PRA.COM Oct 19 2017 01:08:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Oct 19 2017 01:08:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
cr             +EDI: BASSASSOC.COM Oct 19 2017 01:08:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13413975        EDI: AMEREXPR.COM Oct 19 2017 01:08:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
13440105        EDI: BECKLEE.COM Oct 19 2017 01:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13413976        EDI: BANKAMER.COM Oct 19 2017 01:08:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
13431578        EDI: BANKAMER2.COM Oct 19 2017 01:08:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
13413977       +EDI: CBCSI.COM Oct 19 2017 01:08:00      CBCS,    PO Box 164059,    Columbus, OH 43216-4059
14080707       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 19 2017 01:17:42
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13507091        EDI: BL-BECKET.COM Oct 19 2017 01:08:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13533748       +EDI: BASSASSOC.COM Oct 19 2017 01:08:00      Capital One, N.A.,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13413979       +E-mail/Text: kcarter@creditmanagementcompany.com Oct 19 2017 01:17:52
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13422125        EDI: DISCOVER.COM Oct 19 2017 01:08:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
13413981        EDI: DISCOVER.COM Oct 19 2017 01:08:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
13413982       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2017 01:18:16      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13501322       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2017 01:18:16      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908

```
District/off: 0315-2          User: gamr                 Page 2 of 3                  Date Rcvd: Oct 18, 2017
                              Form ID: 3180W             Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13429025         EDI: RMSC.COM Oct 19 2017 01:08:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13413986         EDI: HFC.COM Oct 19 2017 01:08:00       HSBC Retail Services,    PO Box 17264,
                 Baltimore, MD 21297-1264
13413987        +EDI: RMSC.COM Oct 19 2017 01:08:00      JC Penney,    PO Box 981131,   El Paso, TX 79998-1131
13413988         EDI: CBSKOHLS.COM Oct 19 2017 01:08:00    Kohl's,    PO Box 2983,   Milwaukee, WI 53201-2983
13580971         EDI: RESURGENT.COM Oct 19 2017 01:08:00    LVNV Funding LLC,    c/o Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
13531773         EDI: BL-CREDIGY.COM Oct 19 2017 01:08:00    Main Street Acquisition Corp., assignee,
                 of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13537831         EDI: AIS.COM Oct 19 2017 01:08:00       Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
13413990        +E-mail/Text: evanb@signaturefcu.org Oct 19 2017 01:17:43      NAPUS FCU,    P.O. Box 148,
                 Alexandria VA 22313-0148
13518654        +E-mail/Text: bknotice@ncmllc.com Oct 19 2017 01:17:39      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13584550         EDI: PRA.COM Oct 19 2017 01:08:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
13534821         EDI: PRA.COM Oct 19 2017 01:08:00       Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13529454         EDI: RECOVERYCORP.COM Oct 19 2017 01:08:00    Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
13559738        +EDI: PRA.COM Oct 19 2017 01:08:00       Portfolio Recovery Assocs., LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13489746         EDI: Q3G.COM Oct 19 2017 01:08:00       Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
13419282         EDI: RECOVERYCORP.COM Oct 19 2017 01:08:00    Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13413999         EDI: SEARS.COM Oct 19 2017 01:08:00     Sears Credit Cards,    PO Box 183082,
                 Columbus, OH 43218-3082
13414001        +E-mail/Text: BankruptcyNotice@upmc.edu Oct 19 2017 01:18:03      UPMC,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2212
13427713         EDI: USBANKARS.COM Oct 19 2017 01:08:00    ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,
                 P.O. BOX 5229,    CINCINNATI, OH 45201-5229
13413983         EDI: USBANKARS.COM Oct 19 2017 01:08:00    Elan Financial Services,    PO Box 108,
                 Saint Louis, MO 63166
13414003        +EDI: WFNNB.COM Oct 19 2017 01:08:00     WFNNB/Gander Mountain,    PO Box 182782,
                 Columbus, OH 43218-2782
                                                                                                TOTAL: 40

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A., Successor By Merger To Bac
cr              JPMorgan Chase Bank, National Association
cr              MetLife Home Loans
cr*             LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
13507092*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13531774*       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13653245*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13413991       ##+NCO Financial,    PO Box 15740,   Wilmington, DE 19850-5740
                                                                                   TOTALS: 4, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2             User: gamr                    Page 3 of 3                    Date Rcvd: Oct 18, 2017
                                 Form ID: 3180W                Total Noticed: 64
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Kimberly A. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Shawn E. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Gregory Javardian    on behalf of Creditor    MetLife Home Loans greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com, sromig@barley.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 13
```