**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SHAWN E. WARNER
    KIMBERLY A. WARNER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:12-23375

Chapter 13

Document No.: 149

**ENTERED BY DEFAULT**

ORDER OF COURT

    AND NOW, this ___18th___ day of ___October___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    dmr

FILED
10/18/17 10:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                       Case No. 12-23375-CMB
Shawn E. Warner                                              Chapter 13
Kimberly A. Warner
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr            Page 1 of 3         Date Rcvd: Oct 18, 2017
                              Form ID: pdf900       Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb        +Shawn E. Warner,    Kimberly A. Warner,    25 Chris Court,    Pittsburgh, PA 15239-1107
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr             JPMORGAN CHASE BANK, NA,    Chase Records Center - Attn: Corresponde,
               Mail Code LA4-5555 - 700 Kansas Lane,    Monroe, LA 71203
cr             Main Street Acquisition Corp assignee of CHASE BAN,    c/o Becket and Lee, LLP,    POB 3001,
               Malvern, PA 19355-0701
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
13413975       American Express,    PO Box 1270,    Newark, NJ 07101-1270
13440105       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13413976      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886)
13479087       Bank of America, N.A.,    Bankruptcy Department,    P.O. Box 660933,    Dallas, TX 75266-0933
13413977      +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13413985      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,     Processing Center,
               Des Moines, IA 50364-0500)
13413980      +CVS Caremark,    PO Box 659539,    San Antonio, TX 78265-9539
13507091       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13413978       Chase,    PO Box 43224,    Columbus, OH 43224-0696
13413984      +Forbes Regional,    PO Box 73542,    Cleveland, OH 44193-0002
13413986       HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
13593065      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, Attn: OH4-7302,    Columbus, OH 43219-6009
13531773       Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
13436665      +MetLife Home Loans,    1555 West Walnut Hill Lane,,    Suite 200,    Irving, TX 75038-3702
13413989      +MetLife Home Loans,    4000 Horizon Way,    Irving, TX 75063-2260
13413992      +Omega Federal Credit Union,    206 Siebert Road,    Pittsburgh, PA 15237-3700
13415791      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13413996      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13413993      +Peoples Natural Gas,    PO Box 26784,    Richmond, VA 23261-6784
13413994      +Plum Borough Earned Income Tax,    4555 New Texas Road,    Pittsburgh, PA 15239-1199
13413995      +Plum Borough Municipal Authority,    4555 New Texas Road,    Pittsburgh, PA 15239-1195
13413997      +Premier Medical Associates,    PO Box 643773,    Pittsburgh, PA 15264-3773
13413998      +Quest Diagnostics,    PO Box 64378,    Baltimore, MD 21264-4378
13413999       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
13414000      +Take Care Health,    1741 Washington Road,    Pittsburgh, PA 15241-1201
13427713      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
13414003      +WFNNB/Gander Mountain,    PO Box 182782,    Columbus, OH 43218-2782
13414002      +West Penn Hospital,    PO Box 931071,    Cleveland, OH 44193-0004
13853371       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Oct 19 2017 01:16:39     Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 01:24:28
               Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX 77210-4457
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:45:59
               PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2017 01:24:25
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL 33131-1605
cr            +E-mail/Text: bnc@bass-associates.com Oct 19 2017 01:16:39     eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
14080707      +E-mail/Text: bankruptcy@consumerportfolio.com Oct 19 2017 01:17:42
               CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13533748      +E-mail/Text: bnc@bass-associates.com Oct 19 2017 01:16:39     Capital One, N.A.,
               c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13413979      +E-mail/Text: kcarter@creditmanagementcompany.com Oct 19 2017 01:17:52
               Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13422125       E-mail/Text: mrdiscen@discover.com Oct 19 2017 01:16:40     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13413981       E-mail/Text: mrdiscen@discover.com Oct 19 2017 01:16:40     Discover Card,    PO Box 71084,
               Charlotte, NC 28272-1084
13413982      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2017 01:18:15     Duquesne Light Company,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13501322      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 19 2017 01:18:15     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
```

```
District/off: 0315-2          User: gamr               Page 2 of 3           Date Rcvd: Oct 18, 2017
                              Form ID: pdf900          Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13429025         E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:22      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13413987        +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:36      JC Penney,   PO Box 981131,
                 El Paso, TX 79998-1131
13413988         E-mail/Text: bnckohlsnotices@becket-lee.com Oct 19 2017 01:16:45       Kohl's,   PO Box 2983,
                 Milwaukee, WI 53201-2983
13580971         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 19 2017 01:24:15      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13537831         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 01:24:14      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,    Houston, TX 77210-4457
13413990        +E-mail/Text: evanb@signaturefcu.org Oct 19 2017 01:17:43      NAPUS FCU,   P.O. Box 148,
                 Alexandria VA 22313-0148
13518654        +E-mail/Text: bknotice@ncmllc.com Oct 19 2017 01:17:39      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,   Memphis, TN 38125-1741
13584550         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:44
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13534821         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:44
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13529454         E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2017 01:24:39      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
13559738        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:30
                 Portfolio Recovery Assocs., LLC,    POB 41067,    Norfolk, VA 23541-1067
13489746         E-mail/Text: bnc-quantum@quantum3group.com Oct 19 2017 01:16:57
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA 98083-0788
13419282         E-mail/PDF: rmscedi@recoverycorp.com Oct 19 2017 01:24:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13414001        +E-mail/Text: BankruptcyNotice@upmc.edu Oct 19 2017 01:18:03       UPMC,
                 1650 Metropolitan Street,    Third Floor - Customer Service,   Pittsburgh, PA 15233-2212
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Bank Of America, N.A., Successor By Merger To Bac
cr             JPMorgan Chase Bank, National Association
cr             MetLife Home Loans
cr*            LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
cr*           +National Capital Management, LLC,   8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*           +Portfolio Recovery Assocs., LLC,   POB 41067,    NORFOLK, VA 23541-1067
13431578*    ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13507092*      Capital One, N.A.,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13531774*      Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
13653245*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13413983*    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,    PO Box 108,   Saint Louis, MO 63166)
13413991     ##+NCO Financial,   PO Box 15740,   Wilmington, DE 19850-5740
                                                                                   TOTALS: 4, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2           User: gamr              Page 3 of 3              Date Rcvd: Oct 18, 2017
                               Form ID: pdf900         Total Noticed: 61
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brian C. Thompson    on behalf of Joint Debtor Kimberly A. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Shawn E. Warner bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;ryandrli
               c@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Gregory Javardian    on behalf of Creditor    MetLife Home Loans greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              Gregory Javardian    on behalf of Creditor    Bank Of America, N.A., Successor By Merger To Bac
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC. bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    JPMorgan Chase Bank, National Association
               jschalk@barley.com, sromig@barley.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 13
```