## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Shawn E. Warner, | : | Bankruptcy No. 12-23375-JAD |
| Kimberly A. Warner, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| _____ | : | |
| Shawn E. Warner, | : | Document No. |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| USPS, | : | |
| Respondent. | : | |
| | : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served Order of Court dated October 21, 2017 at Document number 162 on Debtor's employer at the address listed below on October 23, 2017 via first class mail postage prepaid:

USPS
ATTN: Involuntary Deductions Unit
2825 Loan Oak Parkway
Eagan, MN 51121-9650

Executed on:   October 23, 2017

s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale-Bayne Rd., Suite 200, Warrendale, PA  15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)